United States District Court
Northern District of New York

| | |
|---|---|
| R.D. WOODS, R. WOODS, ROBERT WOODS, RODERICK WOODS<br><br>Plaintiffs<br><br>v.<br><br>North Shore Agency, Inc.,<br><br>Defendant. | Civil Action No. 1:09-CV-1295<br>GLS/DRH<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs, R.D. Woods, R. Woods, Robert Woods and Roderick Woods hereby stipulate to the dismissal with prejudice of the above-captioned and numbered matter in its entirety, including all of plaintiffs' claims against defendant, North Shore Agency, Inc.

Dated, this 22nd day of March, 2010.

Respectfully Submitted,

_/s/_
Attorney for Plaintiff

RODERICK D. WOODS, ESQ., LLC
Attorney and Counselor at Law
54 Hazard Avenue, Suite 209
Enfield, CT 06082-3845
Northern District Bar Roll No. 515559
Tel.  (860) 383-0744
Fax.  (860) 499-5143
E-Mail: rwoods@rdw-law.com

SO ORDERED:

_/s/ Gary L. Sharpe_
U.S. District Judge
Date: March 23, 2010